NORCOTT, J., did not participate in the consideration or decision of this petition.

*Roger J. Frechette*, in support of the petition.

Decided February 13, 2003

## ALBERT STEPHENS *v.* COMMISSIONER OF CORRECTION

*Thomas B. Pursell*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided February 13, 2003

## STATE OF CONNECTICUT *v.* CARLOS ASHE

*William B. Westcott*, special public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided February 13, 2003